BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant
ROCKET MORTGAGE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARLON ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC; DOES 1-10 Inclusive,<br><br>Defendant. | Case No. 5:22-CV-01323-FMO-SK<br><br>**NOTICE OF SETTLEMENT**<br><br>Ctrm:   6-D<br>Judge:  Hon. Fernando M. Olguin<br>         350 W. 1st Street, 6th Floor<br>         Los Angeles, CA 90012 |

1    Pursuant to Local Rule 16-15.7, Plaintiff Marlon Romero and Defendant
2    Rocket Mortgage, LLC (collectively, the "Parties") hereby provide notice to the
3    Court that the Parties have reached an agreement in principle to settle Plaintiff's
4    claims on an individual basis. The Parties anticipate completing the settlement and
5    filing a joint stipulation of dismissal by November 18, 2022.

Respectfully submitted,

Dated:   October 18, 2022          By: /s/ Brooks R. Brown
                                   BROOKS R. BROWN (SBN 250724)
                                   BBrown@goodwinlaw.com
                                   **GOODWIN PROCTER** LLP

                                   Attorneys for Defendant:
                                   ROCKET MORTGAGE, LLC